SARAH ELIZABETH GOODENOUGH, as Administratrix, etc., of WALTER GOODENOUGH, Deceased, Appellant, v. HENRY W. PHELPS and Another, Respondents. —Action based on alleged express or implied contract of employment. Order setting aside the verdict of the jury rendered in favor of plaintiff unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.